[896 NE2d 87, 866 NYS2d 602]

In the Matter of LEOPOLD SIAO-PAO, Appellant, v ROBERT DENNISON, as Acting Chairman of the New York State Division of Parole, Respondent.

Decided September 16, 2008

### APPEARANCES OF COUNSEL

*Feinman & Grossbard, P.C.*, White Plains (*Steven N. Feinman* of counsel), for appellant, and *Leopold Siao-Pao*, appellant pro se.

*Andrew M. Cuomo, Attorney General*, New York City (*Robert C. Weisz* of counsel), for respondent.

### OPINION OF THE COURT

MEMORANDUM.

The order of the Appellate Division should be affirmed, without costs.

The courts below applied the correct legal standards and properly considered the Board of Parole's written determination, which, when evaluated in the context of the parole hearing transcript, demonstrated that the Board considered the required statutory factors (*see* Executive Law § 259-i; *Matter of Silmon v Travis*, 95 NY2d 470, 476 [2000]). The Board's written determination, while less detailed than it might be, is not merely "conclusory" and so does not violate Executive Law § 259-i (2) (a) (i).

Chief Judge KAYE and Judges CIPARICK, GRAFFEO, READ, SMITH, PIGOTT and JONES concur.

On review of submissions pursuant to section 500.11 of the Rules of the Court of Appeals (22 NYCRR 500.11), order affirmed, without costs, in a memorandum.